UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               v.

DELMONT WILLIAMS,

               Defendant.

ORDER OF CONDITIONAL RELEASE
98-CR-165A

---

      The Court has received and reviewed the Certificate of Improved Mental Condition and Request for Conditional Release from Hospitalization relating to the defendant Delmont Williams, from Warden David L. Winn of Federal Medical Center at Devens, the Letter of Acceptance of Supervision from the United States Probation Office, Western District of New York, the letter of Acceptance into residential program, the Risk Assessment Panel Report of May 17, 2005, and the letter of Warden Winn dated April 5, 2006, setting forth a treatment program and advising that the defendant Delmont Williams has agreed to the treatment program and the conditions of release. Counsel for the Government, Kathleen Mehltretter, Assistant U.S. Attorney, and counsel for the defendant, Assistant Federal Public Defender John Humann, have also received and reviewed the same items.  There is no objection from either party to the entry of this order.

      After due consideration, pursuant to Title 18, U.S.C. Section 4243 (f), the Court finds that the defendant, Delmont Williams, has recovered from his mental disease or

defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric and psychological care and treatment will no longer create a substantial risk of bodily injury to another person or serious damage to property of another.  The Court further finds that it is appropriate that the conditional release shall include a prescribed regimen of medical, psychiatric and psychological care and treatment as prepared by the Bureau of Prisons and by the United States Probation Office and therefore, it is hereby

ORDERED, that the defendant Delmont Williams is to be conditionally released from the custody of the Bureau of Prisons upon the defendant Delmont Williams' placement at Transitional Services, Inc., 313-317 Amherst Street, Buffalo, New York.

It is further ORDERED, that the defendant Delmont Williams shall be required to comply with the following conditions in addition to the standard conditions of Probation for the District Court for the Western District of New York:

1. Mr. Williams will reside at a residential facility operated by Transitional Services, Inc., 313-317 Amherst Street, Buffalo, New York, once a bed/patient space becomes available.

2. Mr. Williams will participate in all treatment programs, as deemed appropriate by the mental health professionals, at Transitional Services, Inc.  He will also abide by all rules set for residents of the program as stipulated by Transitional Services.  Any non-compliance with Transitional Services treatment program will be reported to the supervising U.S. Probation Officer.

3. Mr. Williams will take all medications as prescribed by his treating psychiatrist.  If Mr. Williams is non-compliant with any of his medications or any other

deviation from his prescribed treatment occurs, his U.S. Probation Officer will be notified immediately.

  4. Mr. Williams will engage in outpatient mental health treatment and the forensic program at Mid Erie Counseling, 1526 Walden Avenue, Cheektowaga, New York.  He will attend all appointments with his psychiatrist, mental health clinician, and other pertinent treatment providers.

  5. Mr. Williams will receive case management services through the single point of entry (SPOE) program within the Erie County Department of Mental Health, Buffalo, New York.

  6. Mr. Williams will be supervised by the U.S. Probation Office, Western District of New York, Buffalo, New York.  This includes his voluntary consent to the release of information to allow exchange of information between his Probation Officer, mental health providers, and any other pertinent community providers who would interact with him on a regular basis.

  7. Mr. Williams will abstain from alcohol and illegal drug use, not frequent establishments or areas where it is known to be the primary place of possession, manufacturing, or distribution, and submit to testing for the use of alcohol and drugs at the discretion of the U.S. Probation Officer and/or treating mental health staff.

  8. Mr. Williams will not possess or own firearms, dangerous weapons, or other explosive/incendiary materials or devices.

  9. Mr. Williams will submit to searches of his person, residence, property, or any property under his control at the discretion of the U.S. Probation Office, Western District of New York.

10. Mr. Williams will be subject to the Standard Conditions of Supervision within the Western District of New York, and such other conditions as the U.S. Probation Officer deems necessary.

It is further ORDERED that the Bureau of Prisons shall escort the defendant Delmont Williams to the placement at Transitional Services.

IT IS SO ORDERED.

　　　　　　　　　　　/s/ Richard J. Arcara
　　　　　　　　　　　HONORABLE RICHARD J. ARCARA
　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: May 3, 2006